

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
9551 Eden Manor
Lot 62, Block H, Parkland Golf and Country Club Replat #2, Pb 174/137
Parkland, FL 33076

## FOR:
Leonard  Jackson
9551 Eden Manor
Parkland, FL  33076

## AS OF:
February 4, 2015

## BY:
Steven R. Hall

# UNIFORM RESIDENTIAL APPRAISAL REPORT

Steven R. Hall, Appraiser

**Property Description**  File No. _15-7_

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address 9551 Eden Manor | City Parkland | State FL | Zip Code 33076 |
| Legal Description Lot 62, Block H, Parkland Golf and Country Club Replat #2, Pb 174/137 Bwd. | County Broward | | |
| Assessor's Parcel No. 47-41-33-05-3210 | Tax Year 2014 | R.E. Taxes $ 11,062.94 | Special Assessments $ 0.00 |

Borrower Juliet & Leonard Jackson   Current Owner Juliet & Leonard Jackson   Occupant: ☐ Owner ☐ Tenant ☒ Vacant

Property rights appraised ☒ Fee Simple ☐ Leasehold   Project Type ☒ PUD ☐ Condominium (HUD/VA only)   HOA $ 650.00  /Mo.

Neighborhood or Project Name Parkland Country Club   Map Reference 47-41-33   Census Tract 105.01

Sale Price $ N/A   Date of Sale N/A   Description & $ amount of loan charges/concessions to be paid by seller N/A

Lender/Client Leonard Jackson   Address 9551 Eden Manor, Parkland, FL 33076

Appraiser Steven R. Hall   Address 1632 NE 4th Place, #4, Ft. Lauderdale, FL 33301

## NEIGHBORHOOD

| Location | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant occupancy | Single family housing | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) / AGE (yrs) | One family 100 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | 200 Low / New | 2-4 family | ☐ In process |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | 1,000+ High / 10 | Multi-family | To: |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☒ Vacant (0-5%) | Predominant | Commercial | |
| Marketing time | ☐ Under 3 mos. | ☒ 3-6 mos. | ☐ Over 6 mos. | ☐ Vac.(over 5%) | 400 / 8 | | |

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

Neighborhood boundaries and characteristics:   The subject neighborhood is located south of County Line Road, east of Nob Hill Road, north of Holmberg Road and west of University Drive in the City of Parkland, Florida.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
The subject property is located in a recently developed PUD neighborhood located in Parkland, Florida. Locally known as, "Parkland Golf and Country Club", it is composed of large luxury one and two story CBS homes originally constructed roughly 10 years ago. Most were built with 3 to 5 bedrooms, multiple garages and most have pools. Some are located on the golf course or on small man made lakes. Schools, shopping, and most suburban amenities are located nearby. The overall level of maintenance is good. Many of the homes in the neighborhood were constructed with toxic chinese drywall.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
No adverse market conditions noted. Supply and demand for existing homes in this section of Parkland appears to be in balance. Marketing time is generally 4 to 6 months as evidenced by the current listing over annual closed sale ratio of 39/115, indicating a 4 month inventory in the $250,000 to $750,000 price range. There are few if any sales concessions or interest buy downs. Financing is generally conventional or cash.

## PUD

**Project Information for PUDs** (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☐ Yes ☒ No

Approximate total number of units in the subject project   907   Approximate total number of units for sale in the subject project   100+-

Describe common elements and recreational facilities:   Country club, pool, clubhouse, gym, tennis, golf courses, lakes, landscaping & gated entries.

## SITE

| | | | |
|---|---|---|---|
| Dimensions 75' X 120.72' more or less, subject to survey | | Topography | Slopes to Rear |
| Site area 16,689 Square Feet | Corner Lot ☐ Yes ☒ No | Size | Typical for Area |
| Specific zoning classification and description PRD, Planned Residential Development | | Shape | Pie Shaped |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | Good/To Rear |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | View | Drainage Pond |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | ☐ | Landscaping | Good |
| Gas | ☐ | | Curb/gutter | Concrete | ☒ | ☐ | Driveway Surface | Brick Pavers |
| Water | ☒ | | Sidewalk | Concrete | ☒ | ☐ | Apparent easements None Known | |
| Sanitary sewer | ☒ | | Street lights | Fla. Power & Light | ☒ | ☐ | FEMA Special Flood Hazard Area ☐ Yes ☒ No | |
| Storm sewer | ☒ | | Alley | None | | | FEMA Zone AH   Map Date 08/18/92 | |
| | | | | | | | FEMA Map No. 12011C-0085F | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):   No apparent adverse easements or encroachments observed. The subject site is a pie shaped lot which backs to a small pond it shares with 7 other homes.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Concrete | Slab | Concrete/Good | Area Sq. Ft. | -0- | Roof | ☒ |
| No. of Stories | One | Exterior Walls | CBS/Good | Crawl Space | None | % Finished | N/A | Ceiling | ☒ |
| Type (Det./Att.) | Detached | Roof Surface | "S" Tile/Gd | Basement | None | Ceiling | | Walls | ☒ |
| Design (Style) | 2-Story/Gd | Gutters & Dwnspts. | Partial/Good | Sump Pump | N/A | Walls | | Floor | ☐ |
| Existing/Proposed | Existing | Window Type | Alum.Slide/Gd. | Dampness | N/A | Floor | | None | ☐ |
| Age (Yrs.) | 9 Years | Storm/Screens | Screens/Good | Settlement | N/A | Outside Entry | | Unknown | ☒ |
| Effective Age (Yrs.) | 10 Eff | Manufactured House | No | Infestation | N/A | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | -0- |
| Level 1 | 1 | 1 | 1 | 1 | | 1 | | 1 | 2* | | | 2,716 |
| Level 2 | | | | | | | | 5 | 3 | 1 | Loft | 2,007 |

Finished area **above** grade contains:   11 Rooms;   6 Bedroom(s);   5 Bath(s);   4,723 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: 2-Car | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Cer. Tile/Average | Type | FWA | Refrigerator | ☒ | None | ☒ | Fireplace(s) # | ☐ | None | ☐ |
| Walls | Drywall/Poor* | Fuel | Elect. | Range/Oven | ☒ | Stairs | ☐ | Patio Brick Pavers | ☒ | Garage | # of cars |
| Trim/Finish | Wood/Good | Condition | Average | Disposal | ☒ | Drop Stair | ☐ | Deck | ☐ | Attached | |
| Bath Floor | Ceramic Tile/Good | COOLING | | Dishwasher | ☒ | Scuttle | ☐ | Porch Rear Porch | ☒ | Detached | |
| Bath Wainscot | Ceramic Tile/Good | Central | Yes | Fan/Hood | ☒ | Floor | ☐ | Fence Metal Fence | ☒ | Built-In | 2-Garage |
| Doors | Wood/Average | Other | N/A | Microwave | ☒ | Heated | ☐ | Pool Open Pool | ☒ | Carport | |
| | | Condition | Good | Washer/Dryer | ☒ | Finished | ☐ | | | Driveway | Pavers |

## COMMENTS

Additional features (special energy efficient items, etc.):   Entry & rear open porch, open pool, paver patio, exterior flood lights. The interior of the home is completely gutted including the electric, plumbing and HVAC. *4 bathrooms and two 1/2 baths

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:   No functional or locational obsolescence or inadequacies observed. Repairs: Replace chinese drywall throughout - $354,000, replace tile on second floor balcony - $1,200, replace carpet on stairs & 2nd floor - $2,800, repair sunken pool pavers - $500, replace refrigerator - $2,500, replace 2 HVAC systems - $16,500, replace electric system - $12,500, repair plumbing - $11,000, patch & paint interior $3,500. Total cost of repair - $404,500.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.:   There are no known adverse environmental conditions such as hazardous wastes or toxic substances in or around the immediate vicinity of the subject property.

**UNIFORM RESIDENTIAL APPRAISAL REPORT**    File No.    15-7

**Valuation Section**

### COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE ............................................. = $ _____ | Comments on Cost Approach (such as, source of cost estimate, site value, | |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | square foot calculation and for HUD, VA and FmHA, the estimated remaining | |
| Dwelling _____ 4,723 Sq. Ft. @$ _____ = $ _____ | economic life of the property):  See attached sketch | |
| _____ Sq. Ft. @$ _____ = $ _____ | | |
| _____ = $ _____ | | |
| Garage/Carport  729  Sq. Ft. @$ _____ = _____ | | |
| Total Estimated Cost New ................................. = $ _____ | | |
| Less        Physical        Functional        External | | |
| Depreciation |_____|_____|_____| =$ _____ | | |
| Depreciated Value of Improvements ....................... =$ _____ | | |
| "As-is" Value of Site Improvements ....................... =$ _____ | | |
| **INDICATED VALUE BY COST APPROACH** ......................... =$ _____    N/A | | |

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | +(−)$ Adjust. | COMPARABLE NO. 2 | +(−)$ Adjust. | COMPARABLE NO. 3 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 9551 Eden Manor  Parkland, Florida | 9624 Ginger Court  Parkland, Florida | | 9642 Clemmons Street  Parkland, Florida | | 9587 Exbury Court  Parkland, Florida | |
| Proximity to Subject | | 0.27 miles | | 0.08 miles | | 0.19 miles | |
| Sales Price | $       N/A | $       350,000 | | $       440,000 | | $       683,500 | |
| Price/Gross Living Area | $ | $     88.61 | | $     95.57 | | $     172.34 | |
| Data and/or | MLX/Pub.Rec | MLX/Pub.Records/Tax Assessor | | MLX/Pub.Records/Tax Assessor | | MLX/Pub.Records/Tax Assessor | |
| Verification Source | Interior Inspect | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | Cash or | | Cash or | | Conventional | |
| Concessions | | Equiv. | | Equiv. | | 1st Mortgage | |
| Date of Sale/Time | | 05/14-Closed | | 07/14-Closed | | 06/14-Closed | |
| Location | Parkland C.C. | Parkland C.C. | | Parkland C.C. | | Parkland C.C. | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 16,689 Sq. Ft. | 7,124 Sq. Ft. | +47,800 | 12,506 Sq. Ft. | +21,900 | 7,035 Sq. Ft. | +48,300 |
| View | Pond/Average | Green Area/Avg. | +30,000 | Canal/Average | No Adj. | Green Area/Avg. | +30,000 |
| Design and Appeal | 2-Story/Good | 2-Story/Good | | 2-Story/Good | | 2-Story/Good | |
| Quality of Construction | CBS/Good | CBS/Good | | CBS/Good | | CBS/Good | |
| Age | 9 Yrs/10 Eff. | 9 Yrs/10 Eff. | | 9 Yrs/10 Eff. | | 9 Yrs/10 Eff. | |
| Condition | Chinese Drywall | Some Chinese | −100,000 | Some Chinese | −100,000 | Excellent | −350,000 |
| Above Grade | Total Bdrms  Baths | Total Bdrms  Baths | | Total Bdrms  Baths | | Total Bdrms  Baths | |
| Room Count | 11   6   5 | 10   4   3 | +40,000 | 11   5   4.5 | +10,000 | 10   5   3.5 | +30,000 |
| Gross Living Area | 4,723 Sq. Ft. | 3,950 Sq. Ft. | +30,900 | 4,604 Sq. Ft. | +4,800 | 3,966 Sq. Ft. | +30,300 |
| Basement & Finished | -0- | -0- | | -0- | | -0- | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central Zoned | Central Zoned | | Central Zoned | | Central Zoned | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 3-Car Garage | 2-Car Garage | +10,000 | 3-Car Garage | | 2-Car Garage | +10,000 |
| Porch, Patio, Deck, | Entry Pchs/Bal. | Entry Pchs/Bal. | | Entry Pchs/Bal. | | Entry Pchs/Bal. | |
| Fireplace(s), etc. | Rear Porches | Rear Porches | | Rear Porches | | Rear Porches | |
| Fence, Pool, etc. | Open Pool | No Pool | +20,000 | Open Pool | | No Pool | +20,000 |
| Upgrades | Avg. Upgrades | Avg. Upgrades | | Avg. Upgrades | | Exc. Upgrades | −100,000 |
| Net Adj. (total) | | ☒ +  ☐ −  $ | 78,700 | ☐ +  ☒ −  $ | 63,300 | ☐ +  ☒ −  $ | 281,400 |
| Adjusted Sales Price | | Net 22.5 % | | Net 14.4 % | | Net 41.2 % | |
| of Comparable | | Gross 79.6 % | 428,700 | Gross 31.1 % | 376,700 | Gross 90.5 % | 402,100 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):     The subject property is located in a PUD golf community locally known as "Parkland Golf & Country Club".  All sales are very recent similar two story homes located in the development.  Sales 1 and 2, like the subject, have some chinese drywall and are subject to remediation cost.  However, they are superior to the subject with working electric and HVAC.  The sales utilized are the largest and most recent sales available.  Sale 3 was completely renovated to remediate the chinese drywall with an additional $150,000 in upgrades.  Sale 2 is most similar and was given primary emphasis in the final analysis.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | 04/07 Sale | 01/07 Sale | 12/06 Sale | 01/12 Sale |
| Source, for prior sales | for $1,436,500 | for $918,800 | for $1,667,500 | for $533,300 |
| within year of appraisal | MLS/Public Rec. | MLS/Public Records | MLS/Public Records | MLS/Public Records |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:  None of the comparable sales have been listed or sold within the last 3 years or 36 months.  The subject property was purchased in April of 2007 for $1,436,500.

| | |
|---|---|
| **INDICATED VALUE BY SALES COMPARISON APPROACH** | $     390,000 |
| **INDICATED VALUE BY INCOME APPROACH** (if Applicable)    Estimated Market Rent  $   N/A  /Mo. x Gross Rent Multiplier   N/A  = | N/A |

### RECONCILIATION

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.

Conditions of Appraisal:   This is a Summary Appraisal Report and is intended to conform with the reporting requirements of SR 2-2 (b) of USPAP.

Final Reconciliation:  Most emphasis is placed on the Market Data Approach as it most closely reflects the actions of the buyers and sellers in the market. The Cost Approach is not applicable due to the difficulty of properly estimating the land value in this completely built-up neighborhood. The Income Approach is not applicable due to the lack of rental homes in the neighborhood.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA Form 1004B (Revised ____06/93____).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF _____February 4, 2015_____
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $     390,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did    ☐ Did Not |
| Name  Steven R. Hall | Name | Inspect Property |
| Date Report Signed  March 30, 2015 | Date Report Signed | |
| State Certification #  state-certified general    State FL | State Certification # | State |
| Or State License #  r.e. appraiser # RZ288    State FL | Or State License # | State |

## Building Sketch (Page - 1)

| | | | | |
|---|---|---|---|---|
| Borrower/Client   Juliet & Leonard Jackson | | | | |
| Property Address  9551 Eden Manor | | | | |
| City   Parkland | County   Broward | | State   FL | Zip Code   33076 |
| Lender   Leonard  Jackson | | | | |



1st Floor

Sketch by Apex IV™

Comments:

| AREA  CALCULATIONS  SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2716.0 | 2716.0 |
| P/P | Entry Porch | 132.0 | |
| | Rear Porch | 77.0 | |
| | Rear Porch | 165.0 | 374.0 |
| GAR | Garage | 273.0 | |
| | Garage | 456.0 | 729.0 |
| Net LIVABLE Area | | (Rounded) | 2716 |

| LIVING  AREA  BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 3.0  x   3.0 | 9.0 |
| 14.0  x   69.0 | 966.0 |
| 2.0  x   40.0 | 80.0 |
| 2.0  x   17.0 | 34.0 |
| 6.0  x   63.0 | 378.0 |
| 10.0  x   56.0 | 560.0 |
| 17.0  x   38.0 | 646.0 |
| 1.0  x   15.0 | 15.0 |
| 1.0  x   28.0 | 28.0 |
| 9 Items          (Rounded) | 2716 |

# Building Sketch (Page - 2)

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | |
| Property Address | 9551 Eden Manor | | | |
| City   Parkland | County   Broward | State   FL | Zip Code   33076 | |
| Lender   Leonard  Jackson | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| **Code** | **Description** | **Net Size** | **Net Totals** |
| GLA2 | Second Floor | 2007.0 | 2007.0 |
| P/P | Balcony | 105.0 | |
| | Balcony | 119.0 | |
| | Rear Porch | 165.0 | 389.0 |
| OTH | Open to Below | 847.0 | 847.0 |
| | Net LIVABLE Area | (Rounded) | 2007 |

| LIVING  AREA  BREAKDOWN | | |
|---|---|---|
| **Breakdown** | | **Subtotals** |
| Second Floor | | |
| 17.0  x  56.0 | | 952.0 |
| 5.0  x  32.0 | | 160.0 |
| 7.0  x  34.0 | | 238.0 |
| 18.0  x  26.0 | | 468.0 |
| 9.0  x  21.0 | | 189.0 |
| 5 Items | (Rounded) | 2007 |

## Subject Photo Page

| | |
|---|---|
| Borrower/Client  Juliet & Leonard Jackson | |
| Property Address  9551 Eden Manor | |
| City  Parkland   County  Broward   State  FL   Zip Code  33076 | |
| Lender  Leonard  Jackson | |



### Subject Front

9551 Eden Manor
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |

### Subject Rear



### Subject Street



## PHOTOGRAPH ADDENDUM

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | | | |
| Property Address | 9551 Eden Manor | | | | | |
| City    Parkland | | County  Broward | | State    FL | Zip Code | 33076 |
| Lender    Leonard  Jackson | | | | | | |







# PHOTOGRAPH ADDENDUM

| Borrower/Client | Juliet & Leonard Jackson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9551 Eden Manor | | | | | |
| City | Parkland | County | Broward | State | FL | Zip Code | 33076 |
| Lender | Leonard Jackson | | | | | |







## PHOTOGRAPH ADDENDUM

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | | | |
| Property Address | 9551 Eden Manor | | | | | |
| City     Parkland | | County   Broward | | State    FL | Zip Code | 33076 |
| Lender          Leonard  Jackson | | | | | | |







## Subject Interior Photo Page

| Borrower/Client | Juliet & Leonard Jackson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9551 Eden Manor | | | | | |
| City | Parkland | County | Broward | State | FL | Zip Code  33076 |
| Lender | Leonard  Jackson | | | | | |



### Subject Interior

9551 Eden Manor
Sales Price           N/A
Gross Living Area   4,723
Total Rooms          11
Total Bedrooms      6
Total Bathrooms     5
Location              Parkland C.C.
View                  Pond/Average
Site                  16,689 Sq. Ft.
Quality              CBS/Good
Age                   9 Yrs/10 Eff.



### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| Borrower/Client | Juliet & Leonard Jackson | | | | |
|---|---|---|---|---|---|
| Property Address | 9551 Eden Manor | | | | |
| City Parkland | | County Broward | State FL | | Zip Code 33076 |
| Lender Leonard Jackson | | | | | |



### Subject Interior

9551 Eden Manor

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| Borrower/Client | Juliet & Leonard Jackson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9551 Eden Manor | | | | | |
| City  Parkland | | County  Broward | | State  FL | | Zip Code  33076 |
| Lender   Leonard  Jackson | | | | | | |



### Subject Interior

9551 Eden Manor

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | |
| Property Address | 9551 Eden Manor | | | |
| City Parkland | County Broward | State FL | Zip Code 33076 | |
| Lender Leonard Jackson | | | | |



**Subject Interior**

9551 Eden Manor
Sales Price          N/A
Gross Living Area    4,723
Total Rooms          11
Total Bedrooms       6
Total Bathrooms      5
Location             Parkland C.C.
View                 Pond/Average
Site                 16,689 Sq. Ft.
Quality              CBS/Good
Age                  9 Yrs/10 Eff.

**Subject Interior**



**Subject Interior**



## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | Juliet & Leonard Jackson |
| Property Address | 9551 Eden Manor |

| City Parkland | County Broward | State FL | Zip Code 33076 |
|---|---|---|---|

| Lender | Leonard Jackson |
|---|---|



### Subject Interior

9551 Eden Manor

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |



### Subject Interior



### Subject Interior

## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client   Juliet & Leonard Jackson | | | |
| Property Address  9551 Eden Manor | | | |
| City   Parkland | County  Broward | State   FL | Zip Code  33076 |
| Lender   Leonard  Jackson | | | |



### Subject Interior

9551 Eden Manor
Sales Price            N/A
Gross Living Area   4,723
Total Rooms         11
Total Bedrooms     6
Total Bathrooms    5
Location               Parkland C.C.
View                   Pond/Average
Site                    16,689 Sq. Ft.
Quality                CBS/Good
Age                    9 Yrs/10 Eff.

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | |
| Property Address | 9551 Eden Manor | | | |
| City Parkland | County Broward | State FL | | Zip Code 33076 |
| Lender Leonard Jackson | | | | |



**Subject Interior**

9551 Eden Manor
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |

**Subject Interior**



**Subject Interior**



## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client   Juliet & Leonard Jackson | | | |
| Property Address  9551 Eden Manor | | | |
| City   Parkland | County  Broward | State  FL | Zip Code  33076 |
| Lender   Leonard  Jackson | | | |



### Subject Interior

9551 Eden Manor
Sales Price          N/A
Gross Living Area    4,723
Total Rooms          11
Total Bedrooms       6
Total Bathrooms      5
Location             Parkland C.C.
View                 Pond/Average
Site                 16,689 Sq. Ft.
Quality              CBS/Good
Age                  9 Yrs/10 Eff.



### Subject Interior



### Subject Interior

## Subject Interior Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | | |
| Property Address | 9551 Eden Manor | | | | |
| City  Parkland | | County  Broward | | State  FL | Zip Code  33076 |
| Lender  Leonard  Jackson | | | | | |



### Subject Interior

| | |
|---|---|
| 9551 Eden Manor | |
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | | |
| Property Address | 9551 Eden Manor | | | | |
| City Parkland | | County Broward | | State FL | Zip Code 33076 |
| Lender Leonard Jackson | | | | | |



### Subject Interior

9551 Eden Manor
Sales Price              N/A
Gross Living Area   4,723
Total Rooms          11
Total Bedrooms      6
Total Bathrooms     5
Location                 Parkland C.C.
View                       Pond/Average
Site                        16,689 Sq. Ft.
Quality                   CBS/Good
Age                        9 Yrs/10 Eff.



### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | |
| Property Address | 9551 Eden Manor | | | |
| City Parkland | County Broward | State FL | | Zip Code 33076 |
| Lender Leonard Jackson | | | | |



### Subject Interior

9551 Eden Manor
Sales Price          N/A
Gross Living Area    4,723
Total Rooms          11
Total Bedrooms       6
Total Bathrooms      5
Location             Parkland C.C.
View                 Pond/Average
Site                 16,689 Sq. Ft.
Quality              CBS/Good
Age                  9 Yrs/10 Eff.

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client   Juliet & Leonard Jackson | | | |
| Property Address  9551 Eden Manor | | | |
| City   Parkland | County  Broward | State  FL | Zip Code  33076 |
| Lender   Leonard  Jackson | | | |



### Subject Interior

9551 Eden Manor
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |



### Subject Interior



### Subject Interior

## Subject Interior Photo Page

| Borrower/Client | Juliet & Leonard Jackson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9551 Eden Manor | | | | | |
| City Parkland | | County Broward | | State FL | | Zip Code 33076 |
| Lender Leonard Jackson | | | | | | |

### Subject Interior

9551 Eden Manor

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |



### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Juliet & Leonard Jackson | | | |
| Property Address | 9551 Eden Manor | | | |
| City  Parkland | County  Broward | State  FL | Zip Code  33076 | |
| Lender  Leonard  Jackson | | | | |



### Subject Interior

9551 Eden Manor
Sales Price          N/A
Gross Living Area    4,723
Total Rooms          11
Total Bedrooms       6
Total Bathrooms      5
Location             Parkland C.C.
View                 Pond/Average
Site                 16,689 Sq. Ft.
Quality              CBS/Good
Age                  9 Yrs/10 Eff.

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client   Juliet & Leonard Jackson | | | | |
| Property Address  9551 Eden Manor | | | | |
| City   Parkland | County  Broward | | State   FL | Zip Code   33076 |
| Lender   Leonard  Jackson | | | | |



### Subject Interior

9551 Eden Manor
Sales Price          N/A
Gross Living Area    4,723
Total Rooms          11
Total Bedrooms       6
Total Bathrooms      5
Location             Parkland C.C.
View                 Pond/Average
Site                 16,689 Sq. Ft.
Quality              CBS/Good
Age                  9 Yrs/10 Eff.

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | Juliet & Leonard Jackson |
| Property Address | 9551 Eden Manor |

| | | | | | |
|---|---|---|---|---|---|
| City Parkland | County Broward | | State FL | | Zip Code 33076 |

| |
|---|
| Lender Leonard Jackson |



### Subject Interior

9551 Eden Manor
Sales Price          N/A
Gross Living Area     4,723
Total Rooms          11
Total Bedrooms        6
Total Bathrooms       5
Location             Parkland C.C.
View                Pond/Average
Site                16,689 Sq. Ft.
Quality             CBS/Good
Age                 9 Yrs/10 Eff.

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | Juliet & Leonard Jackson |
| Property Address | 9551 Eden Manor |
| City  Parkland | County  Broward    State  FL    Zip Code  33076 |
| Lender  Leonard  Jackson | |



### Subject Interior

9551 Eden Manor

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,723 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | Parkland C.C. |
| View | Pond/Average |
| Site | 16,689 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |



### Subject Interior



### Subject Interior

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Juliet & Leonard Jackson |
| Property Address | 9551 Eden Manor |
| City  Parkland | County  Broward    State  FL    Zip Code  33076 |
| Lender  Leonard  Jackson | |



### Comparable 1

9624 Ginger Court

| | |
|---|---|
| Prox. to Subject | 0.27 miles |
| Sale Price | 350,000 |
| Gross Living Area | 3,950 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Parkland C.C. |
| View | Green Area/Avg. |
| Site | 7,124 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |



### Comparable 2

9642 Clemmons Street

| | |
|---|---|
| Prox. to Subject | 0.08 miles |
| Sale Price | 440,000 |
| Gross Living Area | 4,604 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Parkland C.C. |
| View | Canal/Average |
| Site | 12,506 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |



### Comparable 3

9587 Exbury Court

| | |
|---|---|
| Prox. to Subject | 0.19 miles |
| Sale Price | 683,500 |
| Gross Living Area | 3,966 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Parkland C.C. |
| View | Green Area/Avg. |
| Site | 7,035 Sq. Ft. |
| Quality | CBS/Good |
| Age | 9 Yrs/10 Eff. |

## Location Map

| Borrower/Client | Juliet & Leonard Jackson | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9551 Eden Manor | | | | | | |
| City | Parkland | County | Broward | State | FL | Zip Code | 33076 |
| Lender | Leonard Jackson | | | | | | |



**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> * Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**  The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.   The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

2.   The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.   The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.   The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5.   The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6.   The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent  conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7.   The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8.   The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10.   The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Steven R. Hall, Appraiser
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1.  I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.  I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.  I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.  I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.  I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.  I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report.  I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   9551 Eden Manor, Parkland, FL 33076

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name:   Steven R. Hall | Name: |
| Date Signed:   March 30, 2015 | Date Signed: |
| State Certification #:  state-certified general | State Certification #: |
| or State License #:  r.e. appraiser # RZ288 | or State License #: |
| State:  Florida | State: |
| Expiration Date of Certification or License:  11/30/2016 | Expiration Date of Certification or License: |
|  | ☐ Did    ☐ Did Not Inspect Property |